UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALI OLEGOVICH KIAZIMOV,

    Plaintiffs,

  v.

ALBERTO GONZALES, et al.,

    Defendant.

Case No. C07-52

ORDER TO SEAL DOCUMENTS AND FILE REDACTED COPIES OF SEALED DOCUMENTS

    This matter comes before the Court *sua sponte*. The parties have filed pleadings and exhibits in association with the above-entitled litigation. Some of the pleadings and/or exhibits to those filings contain private and personal information that needs to be redacted from public documents.

    Pursuant to the General Order of the Court regarding Public Access to Electronic Case Files (filed 5/29/03), parties are to redact the following information from documents and exhibits before they are filed with the court:

    * Dates of Birth - redact to the year of birth

    * Names of Minor Children - redact to the initials

    * Social Security Numbers - redact to the last four digits

    * Financial Accounting Information - redact to the last four digits

ORDER TO SEAL AND
FILE REDACTED COPIES - 1

The General Order was issued by the court pursuant to the official policy on privacy adopted by the Judicial Conference of the United States and can be found on the court's website at http://www.wawd.uscourts.gov/docs. All documents filed in the above-captioned matter must comply with the Privacy Policy and the General Order.

In order to restrict access to the private and confidential information that has already made its way into the record in an expeditious manner, the Clerk of Court is hereby directed to seal:

1. Petition for Writ of Mandamus (Dkt. No. 1)

The parties are directed to promptly review all previously filed documents to ensure that they do not contain additional information that should have been redacted. The parties shall make every effort to avoid such public disclosures of confidential information in the future.

As a result of the improper filings, a substantial portion of the record is now sealed, which is inconsistent with the public's right of access. The parties are therefore ORDERED to file, within ten days of the date of this order, redacted copies of all documents which have been sealed in this case. If the parties have any questions about the Privacy Policy and the General Order or need assistance in filing and properly labeling the redacted copies, they should contact the CM/ECF Helpdesk at 1-866-ECF-WAWD (1-866-323-9293).

DATED this 16th day of March, 2007.

Marsha J. Pechman
U.S. District Judge

ORDER TO SEAL AND
FILE REDACTED COPIES - 2